1
2
3
4
5
6

7                         UNITED STATES DISTRICT COURT

8                                DISTRICT OF NEVADA

9                                       * * *

10   BIJAN LAGHAEI,                              Case No. 3:12-cv-00307-MMD-VPC

11                            Plaintiff,

12         v.                                    ORDER

13   FEDERAL HOME LOAN MORTGAGE
     CORPORATION, BAC HOME LOANS
14   SERVICING, LP, f/k/as COUNTRYWIDE
     HOME LOANS SERVICING, LP, MTC
15   FINANCIAL, dba TRUSTEE CORPS., A
     CALIFORNIA CORPORATION, DOES 1-
16   10, INCLUSIVE, AND ALL OTHER
     PERSONS UNKNOWN CLAIMING ANY
17   RIGHT TITLE, ESTATE, LIEN OR
     INTEREST IN THE REAL PROPERTY
18   DESCRIBED HEREIN,

19                            Defendants.

20

21         The Ninth Circuit vacated the Court's judgment dismissing Plaintiff's claims and

22   remanded this action for the Court to "determine if Federal Home Loan Mortgage

23   Corporation's unlawful detainer action remains pending in Nevada state court, and if so,

24   whether the primary exclusive jurisdiction doctrine applies." (Dkt. no. 27 at 2-3.) In their

25   status report, the parties state that the unlawful detainer action remains pending before

26   the Reno Justice Court. They concede that the exclusive prior jurisdiction doctrine

27   addressed in *Chapman v. Deutsche Bank Nat'l Trust Co.,* 302 P.3d 1103 (Nev. 2013)

28   applies to deprive this Court of jurisdiction.

1     It is therefore ordered that this action is dismissed.

2     The Clerk is directed to close this case.

3     DATED THIS 26th day of January 2016

4 .

5                    MIRANDA M. DU
                     UNITED STATES DISTRICT JUDGE